BENJAMIN B. WAGNER
Acting United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S 09-0211 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| CECELIA MARIE ODAY | Old Date: November 12, 2009 |
| Defendant. | New Date: December 10, 2009, at 9:00 a.m. |

It is hereby stipulated between the parties that the status conference in the above matter as to defendant Cecelia Marie Oday, formerly scheduled for November 12, 2009, be continued to December 10, 2009, at 9:00 a.m. The reason for the request is to allow defense counsel to meet and confer with his client concerning a proposed disposition of the matter and to (probably) prepare for a change of plea. It is also requested the time between the two dates be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) (ends of justice - to allow

//
//
//
//
//
//
//

1

1 | reasonable time for defense counsel to prepare for further proceedings), with the Court finding that
2 | the ends of justice severed by the continuance outweigh the best interest of the public and the
3 | defendant in a speedy trial.

Dated: November 11, 2009

BENJAMIN B. WAGNER
U.S. Attorney

by    /s/ Richard J. Bender
     RICHARD J. BENDER
     Assistant U.S. Attorney

Dated: November 11, 2009

/s/ Michael Bigelow (by RJB)
Attorney for the Cecelia Oday

ORDER

It is so Ordered.

Dated: November 12, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE