BENJAMIN B. WAGNER
Acting United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    )<br>           Plaintiff,  )<br>    )<br>    v.    )<br>    )<br>CECELIA MARIE ODAY    )<br>    )<br>           Defendant.    )<br>_____) | Case No. 2:09-cr-00211-MCE<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br><br>Old Date: December 10, 2009<br>New Date: January 7, 2010, at 9:00 a.m. |

It is hereby stipulated between the parties that the status conference in the above matter as to defendant Cecelia Marie Oday, formerly scheduled for December 10, 2009, be continued to January 7, 2010, at 9:00 a.m.  The parties have today come to a tentative agreement to settle the case and defense counsel needs to meet and confer with his client to go over the agreement in detail and prepare for the change of plea.  It is also requested the time between the two dates be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) (ends of justice - to

//
//
//
//
//
//

1

1  allow reasonable time for defense counsel to prepare for further proceedings), with the Court finding
2  that the ends of justice severed by the continuance outweigh the best interest of the public and the
3  defendant in a speedy trial.

4  Dated: December 8, 2009
5                                              BENJAMIN B. WAGNER
                                                U.S. Attorney
6
7                                              by    /s/ Richard J. Bender
                                                     RICHARD J. BENDER
8                                                    Assistant U.S. Attorney
9
10 Dated: December 8, 2009                       /s/  Michael Bigelow (by RJB)
                                                 Attorney for the Cecelia Oday
11
12
                                                ORDER
13
   IT IS SO ORDERED.
14
15
    Dated:  December 9, 2009
16
17                                              _____
                                                MORRISON C. ENGLAND, JR.
18                                              UNITED STATES DISTRICT JUDGE