BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CECELIA ODAY,<br><br>　　　　Defendant. | Case No. 2:09-cr-00211 MCE<br><br>**STIPULATION AND ORDER<br>CONTINUING SENTENCING DATE**<br><br>Old Date: July 22, 2010<br>New Date: September 23, 2010, at 9:00 a.m. |

　　It is hereby stipulated between the parties that the sentencing hearing in the above matter as to defendant Cecelia Oday, formerly scheduled for July 22, 2010, be continued to September 23, 2010, at 9:00 a.m.  The reason for the request is to allow the defendant to complete the terms of her plea agreement and allow the government to make a complete sentencing recommendation.  The sentencing recommendation concerning defendant Oday is somewhat contingent on a related case [U.S. v. Sheldon Linhares, Cr. No. S 09-0541 MCE] which is scheduled to go to trial on August 23, 2010.  The Probation Officer has been notified.

Dated: July 16, 2010.

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　U.S. Attorney

　　　　　　　　　　　　　　　　　　by　　/s/ Richard J. Bender
　　　　　　　　　　　　　　　　　　　　　RICHARD J. BENDER
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

[Stipulation to Continue Sentencing Date (cont.)]

Dated: July16, 2009         /s/ Michael Bigelow (by RJB)
                            Attorney for the Cecelia Oday

**ORDER**

It is so Ordered.

Dated:  July 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE