BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CECELIA ODAY, <br><br> Defendant. | Case No. 2:09-cr-00211-MCE <br><br> **STIPULATION AND ORDER CONTINUING SENTENCING DATE** <br><br> Old Date: Sept. 23, 2010 <br> New Date: Oct. 21 2010, at 9:00 a.m. |

It is hereby stipulated between the parties that the sentencing hearing in the above matter as to defendant Cecelia Oday, formerly scheduled for September 23, 2010, be continued to October 21, 2010, at 9:00 a.m.  The reason for the request is to allow the defendant to complete the terms of her plea agreement and allow the government to make a complete sentencing recommendation.

Dated: September 22, 2010.

                                                 BENJAMIN B. WAGNER
                                                 U.S. Attorney

                                                 by    /s/ Richard J. Bender
                                                      RICHARD J. BENDER
                                                      Assistant U.S. Attorney

Dated: September 22, 2010                      /s/ Michael Bigelow (by RJB)
                                                   Attorney for the Cecelia Oday

IT IS SO ORDERED.

Dated:  September 27, 2010

                                                 _[signature]_
                                                 MORRISON C. ENGLAND, JR.
                                                 UNITED STATES DISTRICT JUDGE