BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. S 09-0211 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING SENTENCING DATE** |
| | ) | |
| CECELIA ODAY, | ) | Old Date: October 21, 2010 |
| | ) | New Date: October 27, 2010, at 9:00 a.m. |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated between the parties that the sentencing hearing in the above matter as to defendant Cecelia Oday, formerly scheduled for October 21, 2010, be continued to October 27, 2010, at 9:00 a.m.  The reason for the request is to accommodate defense counsel's schedule as he is presently in trial (before the Honorable William B. Shubb).  The Probation Officer has been notified.

Dated: October 21, 2010        BENJAMIN B. WAGNER
                               U.S. Attorney

                               by    /s/ Richard J. Bender
                                     RICHARD J. BENDER
                                     Assistant U.S. Attorney

Dated: October 21, 2009         /s/ Michael Bigelow (by RJB)
                               Attorney for the Cecelia Oday

**ORDER**

It is so Ordered.

Dated:  October 21, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE